UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CM CONSTRUCTION & EXCAVATION, LLC       CASE NO.  6:19-CV-00048 LEAD

VERSUS       JUDGE ROBERT R. SUMMERHAYS

WORLEY SERVICES, INC., ET AL.       MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Worley Service Inc.'s Motion to Dismiss or Transfer for Improper Venue (Rec. Doc. 10) is GRANTED and that this case be TRANSFERRED to the Southern District of Texas, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 3rd day of July, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE